ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Telephone: (702) 722-6111
rcottle@cottlefirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| ROBERT W. COTTLE, an individual, | CASE NO. 2:16-CV-01295-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS DEFENDANT NEUTRAL TANDEM-NEVADA, LLC ONLY WITH PREJUDICE** |
| NEUTRAL TANDEM-NEVADA, LLC – OWNER OF (702) 489-0718; NEUTAL TANDEM-NEVADA, LLC - OWNER OF (725) 465-9991; LONNIE CLINE - OWNER OF (561) 262-6402; NEW CINGULAR WIRELESS PCS, LLC - OWNER OF (703) 625-2130; BANDWIDTH.COM CLEC, LLC - OWNER OF (702) 623-2415; PEERLESS NETWORK OF ILLINOIS, LLC - OWNER OF (702) 781-8339; SPRINT SPECTRUM LIMITED PARTNERSHIP – OWNER OF (219) 840-5909; ONVOY, LLC – OWNER OF (512) 384-3919; SPRINT SPECTRUM L.P. – OWNER OF (337) 215-3608; DANIEL L. ROGERS – OWNER OF (321) 403-4586; BANDWIDTH.COM CLEC, LLC – OWNER OF (702) 749-0475; PAC-WEST TELECOMM – OWNER OF (702) 224-2370; ONVOY, LLC – OWNER OF (720) 799-9104; DOES I - XX, inclusive; and ROE CORPORATIONS XXI – XL, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO DISMISS DEFENDANT NEUTRAL TANDEM-NEVADA, LLC ONLY WITH PREJUDICE

COMES NOW, Plaintiff, ROBERT W. COTTLE, ESQ., by and through his attorneys of record, The Cottle Firm, and KRISTEN T. GALLAGHER, ESQ. of McDonald Carano Wilson, LLP for Defendant Neutral Tandem-Nevada, LLC, and the parties hereby stipulate and agree as follows:

That Defendant NEUTRAL TANDEM-NEVADA, LLC only be dismissed with prejudice.

DATED:  7-7-16                                    DATED:  7-7-16

**THE COTTLE FIRM**                               **MCDONALD CARANO WILSON, LLP**


By  s/ Matthew D. Minucci                         By  s/ Kristen T. Gallagher
ROBERT W. COTTLE, ESQ. (4576)                     JEFF SILVESTRI, ESQ. (5779)
MATTHEW D. MINUCCI, ESQ. (12449)                  KRISTEN T. GALLAGHER, ESQ. (9561)
8635 South Eastern Avenue                         2300 W. Sahara Avenue, #1200
Las Vegas, Nevada 89123                           Las Vegas, Nevada 89102
(702) 722-6111                                    (702) 873-4100
Attorneys for Plaintiff                           Attorneys for Defendant
                                                  Neutral Tandem-Nevada, LLC



IT IS SO ORDERED.


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: July 13, 2016.